# The Samuel Law Firm

**MEMO ENDORSED**  Attorneys At Law

1441 Broadway, Suite 6085, New York, NY 10018
Phone: (212) 563-9884 | Fax: (212) 563-9870 | Website: www.thesamuellawfirm.com

**Michael Samuel**
michael@thesamuellawfirm.com

April 2, 2024

ADMITTED IN NY

> Defendants are directed to respond to the outstanding discovery demands by April 10, 2024. SO ORDERED.
>
> _____
> Edgardo Ramos, U.S.D.J.
> Dated: April 3, 2024
> New York, New York

The Hon. Edgardo Ramos
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

Re: *Rolando Lopez Martinez vs. Parkash 2125 LLC et al.*
Case No. 23-cv-5097

Dear Judge Ramos,

    We are attorneys for plaintiff Rolando Lopez Martinez ("Plaintiff") in the above-entitled wage and hour case and write to respectfully request an Order pursuant to Fed. R. Civ. P. 37(a)(3) compelling Defendants to respond to our outstanding discovery demands.

    We have emailed defense counsel on multiple occasions including March 18, 26, and 28, 2024 regarding the overdue responses to our discovery demands as outlined below, however Defendants' responses remain outstanding.

    First, Plaintiff's initial set of interrogatories, served on Defendants on November 17, 2023, remain unanswered. Plaintiff went ahead with the deposition of individual defendant Anurag Parkash on February 28, 2024, and of non-party witness Juan Giraldo on March 19, 2024, despite not having received the aforementioned interrogatory responses. Furthermore regarding Mr. Giraldo, while Defendants noticed him as an expert witness, Defendants have yet to provide his expert report pursuant to Fed. R. Civ. P. 26(a)(2)(B). Plaintiff requested such report on March 18, 2024, prior to Mr. Giraldo's deposition.

    Second, Plaintiff's second set of interrogatories and request for documents were served on Defendants on February 27, 2024, and also remain unanswered.

    Third, Plaintiff's post-deposition discovery demands, consisting of interrogatories and requests for documents, were served on Defendants on March 8, 2024, but also remain outstanding.

    Fourth, based upon individual defendant Anurag Parkash's testimony at his deposition on February 28, 2024, relating to issues raised by Defendants' counterclaim filed on February 7, 2024 (ECF 22), Plaintiff still needs to depose individual defendant Ved Parkash, however Plaintiff needs

Hon. Edgardo Ramos
April 2, 2024
Page 2 of 2

the aforementioned outstanding discovery responses from Defendants before deposing Mr. Parkash.

 Fifth, Defendants have recently provided a list of witnesses but have failed to identify, pursuant to Fed. R. Civ. P. 26(a)(1)(A)(i), the subject(s) of each such witness's testimony. As such, we are not in a position to evaluate whether or not any or all of their testimony would be relevant.

 We respectfully ask Your Honor to instruct Defendants to identify each such witness and what the subject(s) of each's testimony would be, as required. We further ask that Your Honor compel Defendants to respond to our outstanding discovery demands no later than April 6, 2024, so that we can finish up the remaining discovery.

 We thank the Court for its attention to this matter and are available at Your Honor's convenience should the Court have any questions regarding the foregoing.

          Respectfully submitted,

          /s/ *Michael Samuel*
          Michael Samuel, Esq.

Cc: Kevin S. Johnson, Esq. (VIA ECF)
  *Attorney for Defendants*