UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROLANDO LOPEZ MARTINEZ, *on behalf of himself and all other persons similarly situated*,

                    Plaintiff,

        *– against –*

PARKASH 2125 LLC, ANURAG PARKASH, and VED PARKASH,

                    Defendants.

**ORDER**

23-cv-05097 (ER)

RAMOS, D.J.:

    A jury trial in this matter is scheduled to begin on August 12, 2024. The parties' pretrial submissions—joint pretrial order, motions in limine, proposed voir dire questions, proposed jury instructions, and proposed verdict sheet—were due July 17, 2024. The parties have filed the joint pretrial order but have not filed any of the other documents.

    Accordingly, the parties are directed to submit the other pretrial documents by July 24, 2024. Any responses or objections to the other side's submissions shall be due July 31, 2024. The final pretrial conference will be held on August 6, 2024, at 2:30 p.m. at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007, Courtroom 619.

    SO ORDERED.

Dated:   July 19, 2024
          New York, New York

                                    Edgardo Ramos, U.S.D.J.