UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROLANDO LOPEZ MARTINEZ,

               Plaintiffs,

v.

PARKASH 2125 LLC, *et al.,*

               Defendants.

**ORDER**

23-cv-5097 (ER)

Ramos, D.J.:

    Due to the large number of jury trials scheduled to begin on Monday, December 2, 2024, jury selection and trial in the instant action will commence on **Tuesday, December 3, 2024, at 9:30 a.m.**

    SO ORDERED.

Dated: October 31, 2024
       New York, New York

                                  Edgardo Ramos, U.S.D.J.