UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROLANDO LOPEZ MARTINEZ, *on behalf of himself and all other persons similarly situated*,

            Plaintiffs,

– against –

PARKASH 2125 LLC, ANURAG PARKASH, and VED PARKASH,

           Defendants.

**ORDER**

23 Civ. 5097 (ER)

Ramos, D.J.:

    The Court having been advised that the parties have reached agreement on all issues, the parties are hereby directed to submit their agreement for approval under *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015) by no later than September 16, 2025.

It is SO ORDERED.

Dated:   September 2, 2025
           New York, New York

                                                          Edgardo Ramos, U.S.D.J.